# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 10-647C, 11-100C, and 12-900C
(Filed: March 7, 2016)
**CONSOLIDATED**

| | |
|---|---|
| COLONIAL CHEVROLET CO., INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 10-647C<br>(Judge Firestone)<br>(Lead Case) |
| ************************************<br>ALLEY'S OF KINGSPORT, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 11-100C<br>(Judge Firestone) |
| ************************************<br>SPITZER MOTOR CITY, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 12-900L<br>(Judge Firestone) |

## GM PLAINTIFFS' MOTION FOR RELIEF UNDER RCFC 56(d) IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs Colonial Chevrolet Co, Inc., Duplessis Cadillac Volvo, Inc. n/k/a Gerry Lane Cadillac, Herb Adcox Chevrolet Company n/k/a Herb Adcox Automotive and P.H.D. Motors, Inc. d/b/a Freeway Cadillac n/k/a PH Investments LLC d/b/a Cutrubus Cadillac, and the additional GM dealer Plaintiffs named in Plaintiffs' Second Amended Complaint (Dkt. 101), individually and on

behalf of the class and subclasses of General Motors dealerships as pled therein (collectively, the "GM Plaintiffs") move for relief under RCFC 56(d) in response to the Motion for Summary Judgment filed on December 7, 2015, by Defendant the United States of America. (Dkt. 136).[1] The GM Plaintiffs request that the Court enter an Order denying the Defendant's Motion for Summary Judgment at this time, and permit the parties to engage in full merits discovery.

This motion for discovery under RCFC 56(d) should be no surprise to the Defendant. The Defendant itself has previously acknowledged that the issues addressed in its pending motion are fact-bound. Indeed, the Defendant represented *in writing*, *to this Court*, that it would "need to engage in discovery prior to filing [a] dispositive motion." *See* Dkt. 57 (Joint Preliminary Status Report, filed on June 29, 2012), at p. 6.

In that filing, the Defendant informed this Court that not only would it need discovery before filing an anticipated motion for summary judgment, but also that acknowledged factual issues include the very same issues on which it now seeks summary judgment with no discovery at all. The Defendant represented to the Court that "[r]elevant factual and legal issues include:" "Whether plaintiffs' participation in arbitration and/or acceptance of wind-down agreements bars their claims under principles of release, accord and satisfaction, payment and set-off, failure to exhaust administrative remedies, or others;" and "Whether plaintiffs executed releases of their claims." *Id.* at 6-8. These are the very issues contained in the Defendant's current motion, which was filed with none of the discovery the Defendant has admitted it would need.

The GM Plaintiffs' RCFC 56(d) Motion for discovery is made without prejudice to the re-submission of the Defendant's Motion for Summary Judgment at the appropriate time and with a

---

[1] This request for relief and brief/response is timely filed pursuant to the Court's Order entered on December 21, 2015. Dkt. 138.

developed factual record. This Motion is based upon the matters set forth in the brief filed herewith and incorporated herein by reference, and the Affidavits of Richard Faulkner and Harry Zanville, as well as other matters contained in the Appendix.

In the alternative, the GM Plaintiffs respond to the Defendant's Motion for Summary Judgment and assert that it should be denied for the reasons stated in the response brief filed herewith and incorporated herein by reference, together with the materials contained in its Appendix.

WHEREFORE, for the foregoing reasons, the GM Plaintiffs request that the Court DENY the Defendant's Motion for Summary Judgment at this time, and GRANT the GM Plaintiffs' Motion for Discovery under Rule 56(d).

Respectfully submitted,

*/s/ Joe Kendall*________________

Joe Kendall
jkendall@kendalllawgroup.com
Jody Rudman
jrudman@kendalllawgroup.com
KENDALL LAW GROUP, PLLC
3232 McKinney Ave.
Suite 700
Dallas, TX 75204
P: (214) 744-3000
F: (214) 744-3015

BLUME, FAULKNER & SKEEN, PLLC
Richard D. Faulkner
rfaulkner@bfslawgroup.com
James D. Blume
jblume@bfslawgroup.com
111 W. Spring Valley Rd., Suite 250
Richardson, Texas 75081
P: (214) 373-7788
F: (214) 373-7783

Harry W. Zanville
500 West Harbor Drive, Suite 1201
San Diego, California 92101

P: (619) 400-7164

Steven J. Eagle
3301 Fairfax Drive
Arlington, Virginia 22201
P: (703) 993-8054

**COUNSEL FOR THE GM PLAINTIFFS**